

| | THE CITY OF NEW YORK | |
|---|---|---|
| MICHAEL A. CARDOZO<br>*Corporation Counsel* | **LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | KARL J. ASHANTI<br>Assistant Corporation Counsel<br>Phone: (212) 227-0414<br>Fax: (212) 788-9776<br>kashanti@law.nyc.gov |

June 3, 2008

**By Hand**
Honorable Victor Marrero
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street, Suite 660
New York, New York 10007

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-5-08
```

      Re: Brian Ambos and Joel Hodges v. City of New York, et al.
          08 CV 1276 (VM)(DFE)

Your Honor:

      I am an Assistant Corporation Counsel in the Special Federal Litigation Division of the New York City Law Department and the attorney assigned to represent defendant City of New York in the above-referenced matter. I write to respectfully request a short adjournment of the initial conference that is currently scheduled for Friday, June 13, 2008 at 10:30am as the undersigned has a conflict in the form of a planned vacation. Plaintiff's counsel has consented to this application.

      No previous request for an adjournment of the initial conference has been made. Accordingly, I respectfully request that the June 13th initial conference be adjourned until such date and time that is convenient for the Court.

Thank you for your consideration of this request.

Respectfully submitted,

Karl J. Ashanti (KA4547)
Assistant Corporation Counsel

cc: Brett H. Klein, Esq. (by fax)

---

Request GRANTED. The _initial_
conference herein is rescheduled to _6-27-08_
at _9:00a.u._

**SO ORDERED.**

_6-4-08_
DATE          VICTOR MARRERO, U.S.D.J.

---

2